IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| **KENNETH J. GALLENDER** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| VS. | )    **CIVIL ACTION NO. 5:05cv220(B)(R)** |
| | ) |
| **EMPIRE FIRE AND MARINE INSURANCE** | ) |
| **COMPANY and ZURICH AMERICAN** | ) |
| **INSURANCE COMPANY** | ) |
| | ) |
|     **Defendants.** | ) |

### AGREED ORDER OF DISMISSAL

    Pursuant to a Stipulation of Dismissal filed by the parties with the Clerk of the Court, and as further evidenced by the signatures below, the Court hereby orders that plaintiff's claims in the above-titled action against Defendant Empire Fire and Marine Insurance Company and Zurich American Insurance Company hereby dismissed with prejudice.

    IT IS, THEREFORE, ORDERED that Plaintiff's claims in the above-titled action are hereby dismissed with prejudice.

    SO ORDERED, this the __8th__ day of August, 2007.

                                                   s/ David Bramlette
                                               UNITED STATES DISTRICT JUDGE

/s/ Nick Norris                                     /s/ W. Thomas Siler, Jr.
NICK NORRIS                                     W. THOMAS SILER, JR.
Attorney for Plaintiff                          Attorney for Defendant.

JO.99365454.1